UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAUN GELSOMINE,<br><br>Plaintiff,<br><br>-against-<br><br>REMEX, INC.<br>Defendant. | Civil Case No.: 3:21-cv-13755-FLW-DEA<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**WHEREAS,** attorneys for Plaintiff filed a notice of settlement on November 30, 2021; [ECF No. 15]

**WHEREAS**, the parties have entered into a written settlement agreement and release; and

**WHEREAS**, the parties desired to have this matter dismissed with prejudice.

**NOWTHEREFORE**, SHAUN GELSOMINE and REMEX, INC., hereby stipulate that the above-captioned matter is dismissed with prejudice.

Dated: December 30, 2021

| | |
|---|---|
| */s/ Joseph K. Jones* | */s/ Robert D. Bailey* |
| Joseph K. Jones, Esq. | Robert D. Bailey, Esq. |
| JONES, CHULSKY & KESSLER, LLC | HINSHAW & CULBERTSON LLP |
| 330 Mounts Corner Drive, Suite 417 | 33 Wood Avenue South, Suite 600 |
| Freehold, NJ 07728 | Iselin, New Jersey 08830 |
| Phone: (877) 827-3395 | 908-374-0320 (Telephone) |
| Fax: (877) 827-3394 | 908-374-0345 (Facsimile) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Remex, Inc* |

**It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDRED:**

**Freda L. Wolfson, U.S.C.D.J.  1/10/2022**